UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
NOVA CASUALTY COMPANY,

                                                Plaintiff,

          -against-

TECH-ELEC ELECTRICAL CONTRACTORS CORP.,     Civ. No. 08-2534
GEORGE PACACHA, KERRY PACACHA, TRUSTEES OF
THE INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION NO. 363
FRINGE BENEFIT FUND, WELFARE FUND, PENSION
FUND, ANNUITY FUND, and JOHN MARAIA, as Business
Manager, ROSE PELLETIER, as Secretary, and TRUSTEES
OF THE NATIONAL ELECTRIC BENEFIT FUND,

                                                Defendants.

-----------------------------------------------------------------------------x

## STATEMENT REQUIRED BY F.R.C.P. 7.1

      I, the undersigned counsel of record for Defendant Trustees of the National Electrical Benefit Fund, certify that there are no parent companies, subsidiaries, or affiliates of the NEBF, and no publicly held corporation that owns 10% or more of the NEBF. The NEBF is a multi-employer pension plan under the Employee Retirement Income Security Act of 1974, as amended, (ERISA), 29 U.S.C. § 1001 et seq., sponsored by the International Brotherhood of Electrical Workers, a labor organization, and the National Electrical Contractors Association, a national trade association of electrical contractors.

Other than the parties, Plaintiff is aware of no corporation, unincorporated association, partnership, or other business entity that has any financial interest in the outcome of this case.

March 18, 2008

>                              /s/
> Jennifer Bush
> POTTS-DUPRE, DIFEDE & HAWKINS, CHTD.
> 900 Seventh Street, N.W., Suite 1020
> Washington, D.C. 20001
> (202) 223-0888
> Attorneys for the TRUSTEE OF THE
> NATIONAL ELECTRICAL BENEFIT FUND