UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVA CASUALTY COMPANY,<br>                Plaintiff<br><br>                -v-<br><br>TECH-ELEC ELECTRICAL CONTRACTORS CORP., GEORGE PACACHA, KERRY PACACHA, TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 363 FRINGE BENEFIT FUND, WELFARE FUND, PENSION FUND, ANNUITY FUND, and JOHN MARAIA, as Business Manager, ROSE PELLETIER, as Secretary, and TRUSTEES OF THE NATIONAL ELECTRIC BENEFIT FUND,<br>                Defendants | Case No. 08-2534<br><br>Rule 7.1 Statement |

      Pursuant to Federal Rule of Civil Procedure 7.0 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Nova Casualty Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

AIX Holdings, Inc.
2 Waterside Crossing, 4th Floor          100%
Windsor, CT 06095

Nova American Group, Inc.
726 Exchange Street, Suite 1020        100%
Buffalo, New York 14210

Date: April 4, 2008                        /s/
                                                    Neil B. Connelly (NC9976)