UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

NOVA CASUALTY COMPANY,

|                                                    | |                                                         |
|----------------------------------------------------|-|---------------------------------------------------------|
| Plaintiff,                                         | | **STIPULATED ORDER CONSENTING TO AMENDMENT OF ANSWER PURSUANT TO FRCP 15(a)** |
| -against-                                          | |                                                         |

TECH-ELEC ELECTRICAL CONTRACTORS CORP.,
GEORGE PACACHA, KERRY PACACHA, TRUSTEES
OF THE INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION NO. 363
FRINGE BENEFIT FUND, WELFARE FUND, PENSION      Civ. No. 08-2534 (CLB) (LMS)
FUND, ANNUITY FUND, and JOHN MARAIA, as
Business Manager, ROSE PELLETIER, as Secretary, and
TRUSTEES OF THE NATIONAL ELECTRIC BENEFIT
FUND,

                                          Defendants.


-------------------------------------------------------------------------x

        IT IS HEREBY STIPULATED and AGREED, by and between the undersigned, being

the attorneys for plaintiff and all defendants, and SO ORDERED by the Court, that defendant

Trustees of the National Electrical Benefit Fund may amend their Answer With Affirmative

Defenses for the purpose of adding Cross-Claims against Defendants Tech-Electrical Contractors

Corp., George Pacacah and Kerry Pacacha.

POTTS-DUPRE, DIFEDE &
HAWKINS, CHTD.,
Attorneys For Defendant
Trustees of the National Electrical
Benefit Fund

LAW OFFICE OF NEIL MCCONNELLY,
Attorneys for Plaintiff
Nova Casualty Company

By:    _____/s/_____
         Jennifer Bush Hawkins
         900 Seventh Street, N.W., Suite 1020
         Washington, D.C.  20001
         jhawkins@pdhlaw.net
         (202) 233-0888

By:    _____/s/_____
         Sharon Edwards
         99 Church Street, 4th Floor
         White Plains, New York  10601
         sedwards@nbcesq.com
          (914) 328-4100

ARCHER, BYINGTON, GLENNON &
LEVINE, LLP.,
Attorneys for Defendants
Trustees of the International Brotherhood
of Electrical Workers Local Union
No. 363 Fringe Benefit Fund, Welfare
Fund, Pension Fund, Annuity Fund,
John Maraia, as Business
Manager, and Rose Pelletier, as Secretary

LAW OFFICE OF KAREN M. RIGGIO, LLC,
Attorneys for Defendants
Tech-Elec Electrical Contractors Corp.,
George Pacacha, Kerry Pacacha

By:    _____/s/_____
         Robert T. McGovern
         425 Broadhollow Road, Suite 405
         P.O. Box 9064
         Melville, New York  11747
         mcgovern@abgllaw.com
         (631) 249-6565

By:    _____/s/_____
         Karen M. Riggio
         1562 First Avenue, Suite 174
          New York, NY  10028
          (203) 968-8715

SO ORDERED:


_____
Charles L. Brieant, U.S.D.J.


Dated:  White Plains, New York
            _____, 2008