AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                                  DISTRICT OF    New York

NOVA CASUALTY COMPANY,

    Plaintiff,

against

TECH-ELEC ELECTRICAL CONTRACTORS CORP.,
GEORGE PACACHA, KERRY PACACHA, TRUSTEES OF
THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL UNION NO. 363 FRINGE BENEFIT FUND,
WELFARE FUND, PENSION FUND, ANNUITY FUND, and JOHN
MARAIA, as Business Manager, ROSE PELLETIER, as Secretary,
and TRUSTEES OF THE NATIONAL ELECTRIC BENEFIT FUND

    Defendants.

**APPEARANCE**

Case Number: 7:08-cv-2534 (CS)
ECF Case

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendants Tech-Elec Electrical Contractors Corp., George Pacacha and Kerry Pacacha

I certify that I am admitted to practice in this court.

I was admitted to practice in this court on April 21, 2009.

| | |
|---|---|
| 04/30/2009 | /s/ Karen M. Riggio |
| Date | Signature |
| | Karen M. Riggio — 1875533 |
| | Print Name — Bar Number |
| | 1562 First Avenue, Suite 174 |
| | Address |
| | New York — New York — 10028 |
| | City — State — Zip Code |
| | 212-539-6703 — 203-968-8715 |
| | Phone Number — Fax Number |